**Melvin Earl NOLAN, Movant,**

v.

**STATE of Missouri, Respondent.**

**No. 64193.**

Missouri Court of Appeals,
Eastern District,
Division One.

March 22, 1994.

Ellen H. Flottman, Office of the State Public Defender, Columbia, for movant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Joanne E. Beal, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

### ORDER

PER CURIAM.

Movant, Melvin Earl Nolan, appeals from the denial of his Rule 24.035 motion after an evidentiary hearing.

The judgment of the motion court was based on findings of fact that are not clearly erroneous; no error of law appears. An extended opinion would have no precedential value.

The judgment is affirmed. Rule 84.16(b).